IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00853-MSK-CBS

DAROLD WILLIAMS,
     Plaintiff,
v.

US AIRWAYS/AMERICA WEST AIRLINES,
     Defendant.

___

ORDER GRANTING EXTENSION OF TIME
___

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Williams' response to the court's August 25, 2008 Order to Show Cause. Pursuant to the Order of Reference dated April 29, 2008 (doc. # 3), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . ."

Proceeding *pro se*, Mr. Williams filed the instant action on April 25, 2008. (*See* doc. # 1). Fed. R. Civ. P. Rule 4(m) provides in pertinent part

> [i]f a defendant is not served within 120 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

As the 120-day period to effect service upon Defendant had expired and Mr. Williams had not filed with the court any proof of service on Defendant or requested an extension of time to serve Defendant, on August 25, 2008 the court issued an Order to Show Cause to Mr. Williams. The court ordered Mr. Williams to show good cause on or before September 22, 2008 why a Recommendation should not be issued that this civil action be dismissed for failure to prosecute pursuant to D.C.COLO. LR 41.1. and failure to timely serve Defendant pursuant to Rule 4(m). The court advised Mr. Williams that failure to timely and adequately respond to the Order to Show Cause may result in a Recommendation for dismissal of this

1

civil action without further notice.

On September 22, 2008, Mr. Williams filed a request for an extension of time to serve Defendant. (*See* doc. # 10). Mr. Williams alleges that he has been unable to timely serve Defendant due to his medical condition. (*See id.*). However, Mr. Williams submitted medical documentation indicating that in April and May of 2008, he was continuing "to do very well. . . is rapidly improving, . . . and his pain is essentially gone." (*See* doc. # 10 at pp. 3-4 of 10).

The court having reviewed Mr. Williams' request for an extension of time, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

1. Mr. Williams' request for an extension of time to serve Defendant is GRANTED for 30 days.

2. On or before October 27, 2008, Mr. Williams shall file with the court proof of proper service on the Defendant.

3. NO FURTHER EXTENSIONS WILL BE GRANTED.

4. Failure to comply with this Order may result in a Recommendation that this civil action be dismissed without further notice.

DATED at Denver, Colorado, this 25th day of September, 2008.

BY THE COURT:


   s/ Craig B. Shaffer
United States Magistrate Judge